ACCEPTED
01-15-00260-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 1:34:57 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00260-CV
## IN THE COURT OF APPEALS
## FOR THE 1ST JUDICIAL DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 1:34:57 PM
CHRISTOPHER A. PRINE
Clerk

**JOAN DEYOUNG, STEPHEN DEYOUNG, M.D, AND DAVID DEYOUNG,**

**Appellants,**

**V.**

**Judy Page Maynard, William L. Maynard, Maynard Properties, L.P.,**

**Appellees.**

### FROM THE 270TH JUDICIAL DISTRICT COURT
### OF HARRIS COUNTY, TEXAS

## APPELLEES' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

Gregory N. Jones

SBN 10889450

Law Office of Gregory N. Jones
2323 S. Shepherd, 14th Fl.

Houston, Texas 77019

(713) 979-4691

(713) 979-4440 – fax

Counsel for Appellees

Appellees' counsel has been involved in several litigation matters out of the county and State litigation matters, Appellees respectfully requests a thirty (30) day extension of the deadline to file their response brief in this appeal.

## BACKGROUND FACTS

1. On March 19, 2015, the DeYoungs filed their notice of appeal. The clerk's record was filed on June 16, 2015, the Appellants' brief was filed on August 17, 2015, which means that Appellees' brief is due September 17, 2105.

2. Appellees' counsel is handling several complex cases that have required an inordinate amount of time and attention over the past several months.

3. These matters, and the resulting time constraints, have prevented Appellees' counsel from devoting the necessary time and attention to their response brief.

4. This is the Appellees' counsel first request for an extension of time to file their response brief, which is unopposed.

## PRAYER / RELIEF REQUESTED

For the foregoing reasons, appellants Joan DeYoung, Stephen DeYoung, M.D., and David DeYoung request a 30-day extension of the deadline to file his brief, which would make the DeYoungs' brief due on August 17, 2015 (August 15th is a Saturday).

Respectfully submitted,

**Law Office OF GREGORY N. JONES**

/s/ *Gregory N. Jones*
Gregory N. Jones
2323 S. Shepherd, 14th Fl.
Houston, Texas 77019
(713) 979-4691
(713) 979-4440 – fax
gjones@gnjlaw.net
Counsel for Appellees

## CERTIFICATE OF CONFERENCE

I certify to the Court that I have conferred with appellees' counsel who indicated that appellees are unopposed to the relief sought by this motion.

/s/ *Gregory N. Jones*
Gregory N. Jones

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i), I certify to the Court that the foregoing document contains 371 words. In calculating the word count, I relied on the "Word Count" function of the computer program used to generate this document.

/s/ *Gregory N. Jones*
Gregory N. Jones

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been electronically served on all  counsel of record on September 17, 2015:

Daniel W. Jackson, SBN 007968
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527- 8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

William L. Maynard
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
(713) 623-0887
(713) 960-1527 – fax

/s/ *Gregory N. Jones*
Gregory N. Jones